EVANS ET AL., APPELLEES, *v.* WALLEN ET AL; CINCINNATI INSURANCE COMPANY, APPELLANT.

[Cite as *Evans v. Wallen,* 105 Ohio St.3d 89, 2005-Ohio-571.]

(No. 2004–0664—Submitted February 2, 2005—Decided March 2, 2005.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Hollon v. Clary,* 104 Ohio St.3d 526, 2004-Ohio-6772, 820 N.E.2d 881, and the cause is remanded to the court of appeals for further proceedings not inconsistent therewith.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

Hammond, Stier & Stadnicar, Charles H. Stier and Joseph W. Stadnicar, for appellees.

Freund, Freeze & Arnold and Christopher F. Johnson, for appellant.